STATE OF CONNECTICUT *v.* RUBEN DIAZ

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 427, is granted, limited to the following question:

"Do article first, § 7, of the constitution of the state of Connecticut, Connecticut General Statutes § 54-33f and Practice Book § 822 (4) entitle the defendant to de novo review of the issue of probable cause, rather than the deferential review undertaken by the Appellate Court?"

*Adam J. Teller,* deputy assistant public defender, in support of the petition.

*Margaret Gaffney Radionovas,* deputy assistant state's attorney, in opposition.

Decided June 10, 1992

EDWARD DALY *v.* LAWRENCE F. DELPONTE, COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 27 Conn. App. 495, is granted, limited to the following questions:

"1. Did the Appellate Court correctly conclude that the defendant had the statutory authority to impose postreinstatement medical reporting requirements on the plaintiff?

"2. Did the Appellate Court correctly conclude that the defendant's imposition of postreinstatement medical reporting requirements did not violate the plaintiff's constitutional rights to due process and equal protection of the laws?"

*Lawrence W. Berliner,* in support of the petition.

Decided June 10, 1992